NOTE:  Pursuant to Fed. Cir. R. 47.6, this disposition is not citable as precedent.  It is a public record.

# United States Court of Appeals for the Federal Circuit

05-1101
(Serial No. 07/819,040)

IN RE ANDREW H. HUBER, LOUIS N. GASTINEL, and PAMELA J. BJORKMAN

_____

DECIDED:  December 20, 2005
_____

Before MAYER, Circuit Judge, FRIEDMAN, Senior Circuit Judge, and BRYSON, Circuit Judge.

PER CURIAM.

Andrew H. Huber, Louis N. Gastinel, and Pamela J. Bjorkman appeal the decision of the United States Patent and Trademark Office, Board of Patent Appeals and Interferences, Ex Parte Huber, Appeal No. 07/819,040 (June 30, 2004), which affirmed the rejection of claims 24, 28, 33, and 34 as indefinite under 35 U.S.C. § 112, ¶ 2; and the rejection of claims 1, 6, 16, and 22-35 as lacking an adequate written description under 35 U.S.C. § 112, ¶ 1.  We affirm on the basis of the board's opinion.